UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 24-2767 |
| HIS SYNDICATE 0033 @ LLOYD'S, ET AL. | SECTION: "P" (3) |

### EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD AND INCORPORATED MEMORANDUM IN SUPPORT

Plaintiff, the United States of America, moves to withdraw Richard Gladstein and substitute Jonah Seligman as counsel of record in this matter. Mr. Gladstein is retiring on April 30, 2025. Therefore, this withdrawal of counsel for the United States is necessary. Since Mr. Seligman will continue as counsel of record, withdrawal of Mr. Gladstein as counsel will not prejudice any party nor result in any undue delays in the disposition of this matter.

**WHEREFORE**, the United States respectfully prays that the Court grant its motion and direct the Clerk of Court to withdraw Richard Gladstein and substitute Jonah Seligman as counsel of record for Plaintiff, the United States of America.

Respectfully submitted,

Dated: April 30, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington, D.C.

s/ Jonah Seligman
JONAH SELIGMAN (La. Bar #38890)
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section

P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 353-5505
Jonah.Seligman@usdoj.gov

OF COUNSEL:

THOMAS H. VAN HORN
PATRICIA KINGCADE
DAVID DUBAY
Attorney Advisors
National Pollution Funds Center, US Coast Guard
2703 Martin Luther King Jr. Avenue SE
Washington, DC 20593

HEATHER S. KENNEALY
Attorney Advisor
U.S. Coast Guard Headquarters
Office of Claims and Litigation (CG-LCL)
2703 Martin Luther King Jr. Avenue, SE, Stop 7213
Washington, DC 20593-7213

ANNE S. WITHERUP
Attorney-Advisor
Natural Resources Section
NOAA Office of General Counsel
263 13th Avenue South, Suite 177
St. Petersburg, FL 33701

JOHN RUDOLPH
U.S. Department of the Interior
Office of the Solicitor
Division of Parks and Wildlife,
Branch of Environmental Restoration
1849 C Street, NW, MS-6560 MIB
Washington DC 20240

**CERTIFICATE OF SERVICE**

       I certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Louisiana by using the Court's CM/ECF system.  I certify that service will be accomplished by the CM/ECF system for all participants who have appeared.  Further, consistent with Federal Rule of Civil Procedure 5(b) and Local Rule 5.4, contemporaneous with the filing of the foregoing, the United States has served the same via electronic mail delivered to counsel for all parties that have not yet appeared.

                                                s/ Jonah Seligman
                                                Jonah Seligman