UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2767** |
| **HIS SYNDICATE 0033 @ LLOYD'S, ET AL.** | **SECTION: "P" (3)** |

### ORDER

Considering the foregoing motion to withdraw and substitute counsel of record for Plaintiff, the United States of America, in the above-captioned matter,

**IT IS ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to withdraw Richard Gladstein and substitute Jonah Seligman as counsel of record for Plaintiff, the United States of America.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**