IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 24-cv-02767 |
| Plaintiff, ) | SECT. P |
| v. ) | JUDGE PAPILLION |
| HIS SYNDICATE 0033 @ LLOYD'S, et al. ) | MAG. DOSSIER |
| Defendants. ) | |

### STATUS REPORT

Plaintiff, United States of America, submits this "report to the Court on the status of negotiations and settlement with QBE" Syndicate 1036 @ Lloyd's and COF Syndicate 1036 @ Lloyd's (collectively, "QBE Defendants"). R. Doc. 54 (United States' August 11, 2025 Status Report committing to "file another report" within 45 days); R. Doc. 25 (February 12, 2025 Order staying litigation between the United States and QBE Defendants and requiring status report within ninety days).[1]

Since the August 11, 2025 Status Report, the United States and QBE Defendants have continued to progress toward resolving the United States' claims here. The United States thus respectfully requests that the Court maintain the existing stay; doing so does not require an order.

QBE Defendants have not yet entered appearances and are not required by the Court's Order to report on the status of settlement; however, QBE Defendants authorize the United

---

[1] The Court's February 12, 2025 order stayed the litigation between the United States and QBE Defendants but allowed the "litigation between the United States and all Defendants in this case other than QBE Defendants [to] proceed." R. Doc. 25. The Court's partial stay continues to be helpful in allowing the United States and QBE Defendants to pursue meaningful settlement discussions. A motion to dismiss filed by the non-QBE Defendants is pending. *See* R. Doc. 30 (motion to dismiss), 44 (United States' opposition brief), 47 (reply in support of motion).

1

States to represent that they concur with the United States' representations herein and support maintaining the stay.

The background to these negotiations has been set forth in a prior status report. *See* R. Doc. 51 at 2. The United States' goal continues to be to lodge with the Court a consent decree resolving its claims against QBE Defendants, which would be subject to public notice and comment prior to Court approval and entry as final judgment.

Since the last Status Report, the United States and QBE Defendants have continued to work diligently toward a negotiated resolution, including exchanging terms of a potential resolution.

As explained in prior Status Reports, given the complexity of this dispute, the novel issues raised, and the multiple federal agencies involved, pursuing a possible resolution requires more time, which the United States and QBE Defendants respectfully request. R. Doc. 54, 51. Keeping the stay in place for now will enable the United States and QBE Defendants to continue their efforts toward a resolution, conserving the parties' and judicial resources. *See Dresser v. Ohio Hempery, Inc.*, 2004 WL 464895, at *2 (E.D. La. 2004) (Vance, J.) (internal quotation marks omitted) ("This Court has the inherent power to stay any matter pending before it in the interest of justice and economy of time and effort for itself, for counsel and for litigants.").

If the Court continues the stay, the United States will file another report to the Court on the status of negotiations and settlement with QBE Defendants within forty-five (45) days of the date of this filing.

If the Court has further questions on the status of the United States' and QBE Defendants' exchanges and efforts toward resolution, the parties are available at the Court's convenience to provide additional information.

Dated: September 19, 2025

    Respectfully submitted,

    ADAM R.F. GUSTAFSON
    Acting Assistant Attorney General
    Environment and Natural Resources Division
    United States Department of Justice
    Washington, D.C.

    <u>s/ Jonah Seligman</u>
    Jonah Seligman (LA Bar # 38890)
    U.S. Department of Justice
    Environment and Natural Resources Division
    Environmental Enforcement Section
    P.O. Box 7611
    Washington, D.C. 20044-7611
    Telephone: (202) 353-5505
    Jonah.Seligman@usdoj.gov

OF COUNSEL:

Thomas H. Van Horn
David Dubay
Attorney Advisors
National Pollution Funds Center, US Coast Guard
2703 Martin Luther King Jr. Avenue SE
Washington, DC 20593

Heather S. Kennealy
Attorney Advisor
U.S. Coast Guard Headquarters
Office of Claims and Litigation (CG-LCL)
2703 Martin Luther King Jr. Avenue, SE, Stop 7213
Washington, DC 20593-7213

Anne S. Witherup
Attorney-Advisor
Natural Resources Section
NOAA Office of General Counsel
263 13th Avenue South, Suite 177
St. Petersburg, FL 33701

John D. Rudolph

Sarah A. Shattuck
U.S. Department of the Interior
Office of the Solicitor
Division of Parks and Wildlife,
Branch of Environmental Restoration
1849 C Street, NW, MS-6560 MIB
Washington DC 20240

## **CERTIFICATE OF SERVICE**

      I certify that on September 19, 2025, a true and correct copy of the foregoing report was filed with the U.S. District Court for the Eastern District of Louisiana using the Court's CM/ECF system. Notice of this electronic filing will be sent to parties by operation of the Court's Electronic Filing System. Further, consistent with Federal Rule of Civil Procedure 5(b) and Local Rule 5.4, contemporaneous with the filing of the foregoing report using the CM/ECF system, the United States has served the same via electronic mail delivered to counsel for all parties that have not yet appeared.


<u>s/ Jonah Seligman</u>
  Jonah Seligman