**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 24-cv-02767** |
| | ) | |
| **Plaintiff,** | ) | **SECT. P** |
| | ) | |
| **v.** | ) | **JUDGE PAPILLION** |
| | ) | |
| **HIS SYNDICATE 0033 @ LLOYD'S, et al.** | ) | **MAG. DOSSIER** |
| | ) | |
| **Defendants.** | ) | |

**UNITED STATES' UNOPPOSED MOTION FOR A STAY IN LIGHT OF**
**LAPSE IN APPROPRIATIONS**

Plaintiff, the United States of America, hereby moves for a stay of the above-captioned case given the pending lapse in federal appropriations.  The Defendants that have appeared do not oppose this motion.  The Defendants that have not appeared—namely, QBE Syndicate 1036 @ Lloyd's and COF Syndicate 1036 @ Lloyd's (collectively, "QBE Defendants")— authorize the United States to represent that they do not object to the stay request.

1.      At the end of September 30, 2025, the appropriations act that had been funding the Department of Justice (DOJ) expired and those appropriations to the DOJ lapsed.  The same is true for most other Executive agencies, including components of the agencies represented by the DOJ in this action, i.e., the Coast Guard, the Department of Interior, and the National Oceanographic and Atmospheric Administration.  DOJ does not know when such funding will be restored by Congress.

2.      Absent an appropriation, DOJ attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, such as "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3.      Undersigned counsel thus requests a stay of this case until Congress has restored appropriations to the DOJ.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the DOJ.  The United States requests that, at that point, any current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations—i.e., any deadline would be extended by the total number of days of the lapse in appropriations, which started at the end of September 30.  The only current deadline is for the United States to file, by November 3, a report on the status of negotiations and settlement with QBE Defendants.

5.      Under the Court's order partially staying proceedings, the litigation between the United States and QBE Defendants is currently stayed.  (R. Doc. 25)  The United States requests that if the Court stays the entire case in light of the lapse in appropriations, the Court's order specify that the lifting of a stay of the entire case shall not affect the partial stay, which shall continue until further order of this Court.

*     *     *

Therefore, although the United States greatly regrets any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of this case until DOJ counsel is permitted to resume usual civil litigation functions.

Dated: October 6, 2025

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA**

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

Environment and Natural Resources Division
United States Department of Justice
Washington, D.C.

s/ Jonah Seligman
Jonah Seligman (LA Bar # 38890)
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 353-5505
Jonah.Seligman@usdoj.gov


OF COUNSEL:

Thomas H. Van Horn
David Dubay
Attorney Advisors
National Pollution Funds Center, US Coast Guard
2703 Martin Luther King Jr. Avenue SE
Washington, DC 20593

Heather S. Kennealy
Attorney Advisor
U.S. Coast Guard Headquarters
Office of Claims and Litigation (CG-LCL)
2703 Martin Luther King Jr. Avenue, SE, Stop 7213
Washington, DC 20593-7213

Anne S. Witherup
Attorney-Advisor
Natural Resources Section
NOAA Office of General Counsel
263 13th Avenue South, Suite 177
St. Petersburg, FL 33701

John D. Rudolph
Sarah A. Shattuck
U.S. Department of the Interior
Office of the Solicitor
Division of Parks and Wildlife,
Branch of Environmental Restoration
1849 C Street, NW, MS-6560 MIB
Washington DC 20240

## CERTIFICATE OF SERVICE

I certify that on October 6, 2025, a true and correct copy of the foregoing motion was filed with the U.S. District Court for the Eastern District of Louisiana using the Court's CM/ECF system.  Notice of this electronic filing will be sent to parties by operation of the Court's Electronic Filing System.  Further, consistent with Federal Rule of Civil Procedure 5(b) and Local Rule 5.4, contemporaneous with the filing of the foregoing report using the CM/ECF system, the United States has served the same via electronic mail delivered to counsel for all parties that have not yet appeared.


s/ Jonah Seligman
   Jonah Seligman