IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 24-cv-02767 |
| Plaintiff, | SECT. P |
| v. | JUDGE PAPILLION |
| HIS SYNDICATE 0033 @ LLOYD'S, et al. | MAG. DOSSIER |
| Defendants. | |

## ORDER

Considering the Unopposed Motion for a Stay in Light of Lapse in Appropriations, filed by Plaintiff, United States of America, (R. Doc. 56):

**IT IS ORDERED** that the Unopposed Motion is hereby **GRANTED**. The above-captioned litigation, including all applicable Court deadlines, is hereby **STAYED** until further order of this Court. Accordingly, the Clerk of Court shall **administratively close** this action for statistical purposes.

**IT IS FUTHER ORDERED** that any current deadlines in this case shall be extended commensurate with the duration of the lapse in appropriations. In particular, the deadline for the United States to file a report on the status of negotiation and settlement with QBE Syndicate 1036 @ Lloyd's and COF Syndicate 1036 @ Lloyd's (collectively, "QBE Defendants") shall be extended for the total number of days of the lapse in appropriations.

**IT IS FUTHER ORDERED** that counsel for the United States shall notify the Court as soon as Congress has appropriated funds for the United States Department of Justice, at which time the stay will be lifted and the case will be re-opened.

**IT IS FURTHER ORDERED** that the eventual termination of this stay shall not affect the separate order staying the litigation between the United States and QBE Defendants (R. Doc.

25).  That partial stay order (R. Doc. 25) shall remain in force and effect until specifically addressed by order of this Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (R. Doc. 30) is hereby terminated in connection with the stay and administrative closure of this action. The Clerk of Clerk shall reset the subject motion for the first submission date following the lifting of the stay and reopening of this action from administrative closure.

New Orleans, Louisiana, this 7th day of October 2025.

_____
DARRELL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE