**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 24-cv-02767** |
| **Plaintiff,** | **SECT. P** |
| **v.** | **JUDGE PAPILLION** |
| **HIS SYNDICATE 0033 @ LLOYD'S, et al.** | **MAG. DOSSIER** |
| **Defendants.** | |

**STATUS REPORT**

Plaintiff, United States of America, submits its "report to the Court on the status of negotiations and settlement with QBE" Syndicate 1036 @ Lloyd's and COF Syndicate 1036 @ Lloyd's (collectively, "QBE Defendants"). R. Doc. 61 (December 16, 2025 Status Report; stating that a further report would be filed within 45 days); R. Doc. 25 (February 12, 2025 Order staying litigation between the United States and QBE Defendants and requiring status report).[1]

Since the last Status Report, the United States and QBE Defendants have made additional progress toward resolving the United States' claims here, and the Court's stay order has been key to facilitating this progress. The United States thus respectfully requests that the Court maintain the existing stay; doing so does not require an order.

QBE Defendants have not yet entered appearances and are not required by the Court's Order to report on the status of settlement; however, QBE Defendants authorize the United States to represent that they concur with the United States' representations herein and support maintaining the stay.

[1] The Court stayed the litigation between the United States and QBE Defendants but allowed the case between the United States and all other defendants to proceed. R. Doc. 25. A motion to dismiss filed by those other defendants is pending. *See* R. Docs. 30, 44, 47.

The background to these negotiations has been set forth in a prior status report. *See* R. Doc. 51 at 2. The parties' mutual goal is to lodge with the Court a consent decree—subject to public notice and comment prior to Court approval—resolving the United States' claims against QBE Defendants.

Since the last Status Report, the United States and QBE Defendants have continued to work diligently toward a negotiated resolution, including revising substantive proposed consent decree terms.

As explained in prior status reports, given the complexity of this dispute, the novel issues raised, and the multiple federal agencies involved, pursuing a possible resolution requires more time, which the United States and QBE Defendants respectfully request. R. Docs. 54, 55. Keeping the stay in place for now will enable the United States and QBE Defendants to continue their efforts toward a resolution, conserving the parties' and judicial resources. *See Dresser v. Ohio Hempery, Inc.*, 2004 WL 464895, at *2 (E.D. La. 2004) (Vance, J.) ("This Court has the inherent power to stay any matter pending before it in the interest of justice and economy of time and effort for itself, for counsel and for litigants.") (internal quotation marks omitted).

If the Court continues the stay, the United States will file another report to the Court on the status of negotiations and settlement with QBE Defendants within forty-five (45) days from the date of this filing.

If the Court has further questions on the status of the United States' and QBE Defendants' exchanges and efforts toward resolution, the parties are available at the Court's convenience to provide additional information.

[Signature on Following Page]

Dated: July 30, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington, D.C.

/s/ Jonah Seligman
Jonah Seligman (LA Bar # 38890)
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 353-5505
Jonah.Seligman@usdoj.gov

OF COUNSEL:

Thomas H. Van Horn
David Dubay
Attorney Advisors
National Pollution Funds Center, US Coast Guard
2703 Martin Luther King Jr. Avenue SE
Washington, DC 20593

Heather S. Kennealy
Attorney Advisor
U.S. Coast Guard Headquarters
Office of Claims and Litigation (CG-LCL)
2703 Martin Luther King Jr. Avenue, SE, Stop 7213
Washington, DC 20593-7213

Anne S. Witherup
Attorney-Advisor
Natural Resources Section
NOAA Office of General Counsel
263 13th Avenue South, Suite 177
St. Petersburg, FL 33701

John D. Rudolph
U.S. Department of the Interior

Office of the Solicitor
Division of Parks and Wildlife,
Branch of Environmental Restoration
1849 C Street, NW, MS-6560 MIB
Washington DC 20240

**CERTIFICATE OF SERVICE**

I certify that on July 30, 2026, a true and correct copy of the foregoing report was filed with the U.S. District Court for the Eastern District of Louisiana using the Court's CM/ECF system. Notice of this electronic filing will be sent to parties by operation of the Court's Electronic Filing System. Further, consistent with Federal Rule of Civil Procedure 5(b) and Local Rule 5.4, contemporaneous with the filing of the foregoing report using the CM/ECF system, the United States has served the same via electronic mail delivered to counsel for all parties that have not yet appeared.

/s/ Jonah Seligman
Jonah Seligman